155 A.3d 890

**SIZER, Jamal**

v.

**STATE of Maryland**

**Pet. Docket No. 549, Sept. Term, 2016**

Court of Appeals of Maryland.

March 3, 2017

Reported below: 230 Md.App. 640, 149 A.3d 706.

Petition for writ of certiorari granted

155 A.3d 890

**WILLIAMS, Deon Leroy**

v.

**STATE of Maryland**

**Pet. Docket No. 552, Sept. Term, 2016**

Court of Appeals of Maryland.

March 3, 2017

Reported below: 231 Md.App. 156, 149 A.3d 1220.

Petition for writ of certiorari granted